UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANKUSH ANKUSH,<br><br>                      Petitioner,<br><br>     v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                      Respondent. | CASE NO. C20-1186-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

The Court recommends this matter be **DISMISSED without prejudice** for the reasons below.

On July 27, 2020, petitioner Ankush Ankush, who was then a detainee at the NW Immigration Detention Center, submitted for filing a petition for writ of habeas corpus 28 U.S.C § 2241 and a deficient application to proceed *in forma pauperis* (IFP). Dkt. 1. On August 6, 2020, the Clerk of Court sent petitioner a letter advising him the IFP application was deficient and the failure to submit a sufficient IFP application or pay the filing fee may result in dismissal of his petition. Dkt. 2. The Immigration Detention Center returned the Clerk's letter on August 19, 2020, with a notation petitioner was "NOT HERE," indicating he was no longer is detained at the NW Immigration Detention Center. Dkt. 4. The Clerk docketed the letter as undeliverable on August 21, 2020. *Id.*

REPORT AND RECOMMENDATION - 1

Local Rule CR 41(b)(2) provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address.  If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court an opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

Since petitioner submitted his § 2241 petition in July, he has not advised the Court of his address or communicated or corresponded with the Court in any fashion. It appears that since August 19, 2020, petitioner has not been detained at the NW Immigration Detention Center. If petitioner is still at the NW Immigration Detention Center, he should of course so indicate and either submit a sufficient IFP application or pay the filing fee in order for the case to go forward. If petitioner does not respond or this Report or Recommendation is returned as undeliverable, the Court recommends the case be dismissed without prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order.  Petitioner should therefore not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Petitioner may object to this Report and Recommendation. Any objection must be filed no later than **October 30, 2020.**  The Clerk shall note the matter for **October 30, 2020**, as ready for the District Judge's consideration. Objections shall not exceed 5 pages. The failure to timely object may affect the right to appeal.

DATED this 13th day of October, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2